IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Carlilsle, Kenneth A

Printed: 12/13/07

Case Number: 07 B 12981
Judge: Wedoff, Eugene R
Filed: 7/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 25, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,834.00 | 0.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 4. | SMS Financial LLC | Secured | 0.00 | 0.00 |
| 5. | Option One Mortgage Corp | Secured | 42,963.56 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 67.57 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 127.79 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 31.18 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 150.00 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 326.42 | 0.00 |
| 11. | SMS Financial LLC | Unsecured | 1,170.83 | 0.00 |
| 12. | DaimlerChryster Financial | Unsecured | 2,500.00 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 310.99 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 186.60 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 97.89 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 33.32 | 0.00 |
| 17. | Peoples Energy Corp | Unsecured | 331.02 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 27.37 | 0.00 |
| 19. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 20. | Roger's Enterprises | Unsecured |  | No Claim Filed |
| 21. | Medical Collections | Unsecured |  | No Claim Filed |
| 22. | LVNV Funding | Unsecured |  | No Claim Filed |
| 23. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 24. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 25. | Palisades Acquisition LLC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Carlilsle, Kenneth A

Printed: 12/13/07

Case Number: 07 B 12981
Judge: Wedoff, Eugene R
Filed: 7/19/07

| | | | | |
|---|---|---|---|---|
| 26. | Park Dansan | Unsecured | | No Claim Filed |
| 27. | Professional Account Management | Unsecured | | No Claim Filed |
| 28. | Nicor Gas | Unsecured | | No Claim Filed |
| 29. | Target National Bank | Unsecured | | No Claim Filed |
| 30. | Tribute/Fbold | Unsecured | | No Claim Filed |
| 31. | Turner Acceptance Corporation | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 52,158.54 | $ 0.00 |

### TRUSTEE FEE DETAIL

Fee Rate        Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ M. Mach_____